UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-0067 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FRANKIE CAMMACK | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of the defendant Frankie Cammack, and adjudges her guilty of the offense charged in Count One of the indictment against her.

Monroe, Louisiana, this 16th day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE